IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARSHALL BROWN, | § | |
| | § | |
| Defendant Below, | § | No. 389, 2022 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1505023582A (N) |
| | § | |
| Appellee. | § | |

Submitted: November 22, 2022
Decided: December 22, 2022

Before **SEITZ**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

## **ORDER**

After consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for reasons stated in the Superior Court's October 7, 2022 order summarily dismissing the appellant's second motion for postconviction relief.[1]

NOW, THEREFORE, IT IS ORDERED that motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] *State v. Brown*, 2022 WL 5419638 (Del. Super. Ct. Oct. 7, 2022).